

# McCARTER & ENGLISH
ATTORNEYS AT LAW

## ORDER ON ORAL MOTION

November 3, 2008

RECEIVED IN THE CHAMBERS OF

VIA FIRST CLASS MAIL

NOV - 5 2008

Honorable Claire C. Cecchi
United States Magistrate Judge
United States District Court
M.L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07101-0999

HON. CLAIRE C. CECCHI

Katie A. Gummer
T. 973.639-2088
F. 973.624-7070
kgummer@mccarter.com

Re: *The Girija N. Roy Family Trust v. John Hancock Life Insurance Co.*,
Civil Action No.: 07-2996

Dear Judge Cecchi:

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

We represent John Hancock Life Insurance Company ("John Hancock") in this matter. We have conferred with plaintiff's counsel, and the parties are in agreement that fact discovery in this matter is complete. According, John Hancock respectfully requests that the Court grant it leave to file a motion for summary judgment.

Confirming my communication with Your Honor's chambers, (i) the settlement conference that had been scheduled to take place on November 7, 2008, has been adjourned without a new date; and (ii) expert discovery will be held in abeyance pending resolution of the summary judgment motion.

Respectfully,

Katie A. Gummer

SO ORDERED
s/Claire C. Cecchi

Claire C. Cecchi, U.S.M.J.

Date: 11/5/08

BOSTON

HARTFORD

NEW YORK

NEWARK

cc: Sheryl Mintz Goski, Esq. (via first class mail)

PHILADELPHIA

STAMFORD

WILMINGTON

The settlement conference scheduled for November 7, 2008 is hereby Adjourned. The Court will contact the parties regarding a new date for the conference. Defendant's request to file a motion for summary judgment is hereby granted. Such motion shall be filed by November 26, 2008. Expert discovery shall be held in Abeyance pending resolution of the motion.